UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Breion Williams,

Plaintiff,

v.

Equifax Information Services LLC,

Defendant.

Case No. 3:26-cv-939

ORDER

*Pro se* Plaintiff Breion Williams filed this Fair Credit Reporting Act action against Defendant Equifax Information Services LLC on April 20, 2026. (Doc. No. 1). He paid the filing fee of $405.00, and original Summonses and Magistrate Consent forms were issued and mailed to him for service on the Defendants. (*See* Doc. No. 2 and Apr. 20, 2026 Remark by Clerk).

"The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(c)(1). And Rule 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Ninety days have elapsed since the filing of the Complaint, and there is no indication on the docket that Plaintiff has perfected service on Defendant.

By December 22, 2026, Plaintiff shall either show service has been perfected on Defendant or show cause for the failure to do so. If Plaintiff fails to do either, this action will be dismissed without prejudice under Rule 4(m).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge